**Affirmed and Opinion Filed November 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-01386-CR
_____

**SHEYENNE NICOLE LILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-71006-Q**

_____

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Schenck
Opinion by Justice Bridges

A jury convicted Sheyenne Nicole Liles of compelling prostitution of a child younger than eighteen years of age and assessed punishment at eighteen years' imprisonment. *See* TEX. PENAL CODE ANN. § 43.05(a)(2) (West Supp. 2015). On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

Appellant filed a pro se response raising several issues  After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
141386F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHEYENNE NICOLE LILES, Appellant

No. 05-14-01386-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District Court of Dallas County, Texas (Tr.Ct.No. F13-71006-Q).
Opinion delivered by Justice Bridges, Justices Lang-Miers and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 25, 2015.